# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of December, two thousand fourteen,

Before:      Ralph K. Winter,
             *Circuit Judge.*
_____
Arnaldo Giammarco,

     Plaintiff-Appellant,       **ORDER**
                                         Docket No. 14-4362

v.

Rand Beers, *et al.,*

     Defendants-Appellees.
_____

Appellant moves for a 30-day extension until February 5, 2015 to file the principal brief and appendix.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellees' brief is due March 12, 2015.

FOR THE COURT:

Catherine O'Hagan Wolfe,
Clerk of Court

